IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER GUZZI, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 10-1112 |
| JOSEPH MORANO and | : |
| U.S. BENEFIT PARTNERS LLC, | : |
| | : |
| Defendants. | : |

**FILED**

OCT -6 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 6th day of *October*, 2011, upon consideration of the Motion by Defendants Joseph Morano and U.S. Benefit Partners, LLC to Dismiss Plaintiff's Amended Complaint for Lack of Jurisdiction, Motion to Dismiss for Failure to State a Claim, on in the Alternative, Motion to Transfer this Action for *Forum Non Conveniens* (Docket No. 31), Plaintiff Peter Guzzi's Opposition (Docket No. 36), Defendants' Reply Brief (Docket No. 41), Plaintiff's Reply Brief to Defendants' Reply Brief (Docket No. 45), and Defendants' Response to Plaintiff's Reply Brief to Defendants' Reply Brief (Docket No. 48), it is hereby **ORDERED** that the Motion is **DENIED**. The request for oral argument is also **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ signature*

RONALD L. BUCKWALTER, S.J.