# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER GUZZI, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 10-1112 |
| JOSEPH MORANO and | : |
| U.S. BENEFIT PARTNERS LLC, | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *7th* day of *August,* 2013, upon consideration of the Third Renewed Motion by Defendants Joseph Morano and U.S. Benefit Partners, LLC for Summary Judgment (Docket No. 100), the Response of Plaintiff Peter Guzzi (Docket No. 102), and Defendants' Reply Brief (Docket No. 106), it is hereby **ORDERED** as follows:

1. With respect to Plaintiff's breach of contract action against Defendant Morano, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant Morano on this Count and against Plaintiff.

2. With respect to Plaintiff's breach of contract action against Defendant U.S. Benefit Partners, LLC, it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

3. With respect to Plaintiff's claim under Pennsylvania's Wage Payment and Collection Law against both Defendants, it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendants Morano and U.S. Benefit Partners, LLC and against Plaintiff.

4. With respect to Plaintiff's request for a legal accounting, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.